| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC # _____<br>DATE FILED: August 11, 2020 |
| JLT SPECIALTY LIMITED, MARSH LIMITED, AND MARSH SERVICES LIMITED,<br><br>Applicants,<br><br>IN RE EX PARTE APPLICATION OF JLT SPECIALTY LIMITED, MARSH LIMITED, AND MARSH SERVICES LIMITED FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Misc. Case No. 1:20-mc-254 |

### [PROPOSED] ORDER

Upon consideration of the *ex parte* Application of JLT Specialty Limited, Marsh Limited, and Marsh Services Limited ("Applicants") for an order pursuant to 28 U.S.C. § 1782 allowing them to take discovery from BGC Partners, Inc. for use in foreign legal proceedings, and the accompanying Memorandum of Law, the Declarations of Peter R. Chaffetz and Christopher Anthony Bushell, and the documents attached thereto in support of the Application,

**IT IS HEREBY ORDERED** that:

1. The Application is granted;

2. The Applicants are authorized to take discovery relating to the issues identified in the Application and the supporting Memorandum of Law and Declarations in accordance with the Federal Rules of Civil Procedure and the Rules of this Court, including by serving a subpoena on BGC Partners, Inc. seeking documents and testimony.

3. BGC Partners, Inc. is directed to produce the documents requested in the subpoena within twenty-one (21) days of service of the subpoena.

4. BGC Partners, Inc. is directed to preserve documents and evidence, electronic or otherwise, in its possession, custody or control that contain information potentially relevant to the subject matter of the Application.

5. This Court shall retain jurisdiction over the matter for the purpose of enforcement and assessing any supplemental request for discovery assistance that may be requested by Applicants.

Dated: August 11, 2020

SO ORDERED

_____